# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**MICHELLE C. BURKE,**
Appellant,

v.

**CARL F. SCHOEPPL,**
Appellee.

No. 4D2025-0137

[October 1, 2025]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Bradley G. Harper, Judge; L.T. Case No. 502022CA008075XXX.

Gregory S. Starr of The Starr Law Firm, Boca Raton, for appellant.

James T. Ferrara and Paige D. Bennett of Hinshaw & Culbertson LLP, Ft. Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, GERBER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***